UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EVE SALES CORP. and MARIE SHARP'S
FINE FOODS, LTD.,

                               Plaintiffs,                        24-cv-2757 (PKC)

                    -against-                                 ORDER

MARIE SHARP'S, USA, LLC,

                               Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.,

        The Court is considering severing Plaintiffs' claims for declaratory judgment and transferring them to the United States District Court for the Middle District of North Carolina. However, the parties' briefing on Defendant's motion to dismiss or transfer the Second Amended Complaint does not adequately analyze the factors and other considerations that are relevant to a court's potential decision to transfer pursuant to 28 U.S.C. § 1404(a). Defendant shall file supplemental briefing on this issue within seven days. Plaintiffs may reply within seven days of Defendant's submission.

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       January 16, 2025